IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 23 PM 3:18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA )
)
Plaintiff, )
)
VS. ) CR. NO. 05-20314-Ml
)
CYNTHIA RENEE JENKINS )
)
Defendant. )
)

## ORDER ON CHANGE OF PLEA

This cause came to be heard on August 23, 2005, the United States Attorney for this district, Carroll Andre, appearing for the Government and the defendant, Cynthia Renee Jenkins, appearing in person and with counsel, Michael Robbins, who represented the defendant.

With leave of the Court, the defendant waived Indictment and entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **WEDNESDAY, NOVEMBER 16, 2005, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is released on her own recognizance.

**ENTERED** this the 23 day of August, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-24-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CR-20314 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James Edward Thomas
LAW OFFICE OF JAMES E. THOMAS
One Commerce Square
Ste. 1540
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT